# IACULLO MARTINO, LLC
### A LIMITED LIABILITY COMPANY
## ATTORNEYS AT LAW

ANTHONY J. IACULLO*  
STEVEN J. MARTINO**

247 FRANKLIN AVENUE

Nutley, New Jersey 07110-0047  
Telephone  
(973) 235-1550  
FACSIMILE  
(973) 661-1653

ARTHUR S. HORN***  
OF COUNSEL TO THE FIRM

VINCENZA DeCESARE  
ABA CERTIFIED PARALEGAL

LYNNE M. MACHTEMES  
JOSHUA H. REINITZ

*CERTIFIED BY THE SUPREME COURT AS A CRIMINAL TRIAL ATTORNEY  
**CERTIFIED BY THE SUPREME COURT AS A MATRIMONIAL LAW ATTORNEY  
***MEMBER NJ & NY BARS

---

**VIA FACSIMILE ONLY 973-645-4522**
December 27, 2012

Honorable Kevin J. McNulty  
U.S. District Court  
Frank R. Lautenberg U.S. P.O. and Courthouse Room 417  
P.O. Box 999  
Newark, NJ 07101-0999

**RE: USA v. RICHARD MIGUEL SANTOS HERRARA**

Your Honor:

Please be advised that I represent the defendant in the above matter and same is scheduled before Your Honor on January 9, 2013 at 11:00 a.m. for sentencing. I am currently on a homicide trial before Judge Conforti in the Sussex County Superior Court and as such would respectfully request for an adjournment of same. Please advise. Thank you for your courtesies.

Respectfully submitted,

/s/ Anthony J. Iacullo, Esq.

ANTHONY J. IACULLO  
AJI/vd

*Sentence adjourned to January 30, 2013 at 12:00 P*  
SO ORDERED

Kevin McNulty, U.S.D.J.  
Date: 1/2/2013